UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-20951-CR-SEITZ

UNITED STATES OF AMERICA,

v.

JULIO EDILIO GAZAN MOREIRA,
                                                    /

### ORDER AFFIRMING REPORT & RECOMMENDATION

This matter is before the Court on the Report and Recommendation (R&R) of the Honorable Peter R. Palermo recommending that the CJA Voucher of Stephen J. Golembe, Esq. for fees and expenses in the amount of $8,917.62 be reduced to $6,114.78. The Court having reviewed Judge Palermo's R&R, having been advised that there will be no objections filed, and based on a *de novo* review of the evidence presented, it is hereby

ORDERED that the above-mentioned Report and Recommendation of Magistrate Judge Palermo be AFFIRMED, and made the Order of the District Court, as follows: Mr. Golembe shall be paid $6,114.78 as fair compensation for his work on this case.

DONE AND ORDERED in Miami, Florida this 12th day of February, 2009.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
The Honorable Peter R. Palermo
Stephen J. Golembe, Esq.
Lucy Lara, CJA Administrator